## Peter Billow, Appellee, v. Isaac Miller, Appellant.

### Gen. No. 20,869.    (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. A. D. WEBB, Judge, presiding. Heard in this court at the October term, 1914. Reversed and remanded. Opinion filed October 5, 1915.

### Statement of the Case.

Action by Peter Billow against Isaac Miller and Jacob Zimon to recover the price of work done on a building. Miller contracted in writing with Zimon for the erection of a building to cost $700, and Zimon contracted with Billow for work on such building agreeing to pay for same. Billow contended that Miller also agreed to pay for the work. At the trial Miller defended but Zimon did not nor was he defaulted, and the jury returned a verdict against both, assessing plaintiff's damages at $315. The record showed that defendants moved for a new trial, that their motion was denied and judgment rendered against defendants, that defendants prayed an appeal, which was allowed on the defendant filing a bond, etc. Miller gave the appeal bond in which Zimon his codefendant did not join.

RUDOLPH D. HUSZAGH, for appellant.

MAX M. GROSSMAN, for appellee; R. S. COOK, of counsel.

MR. JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

PARTIES, § 16*—*when judgment erroneous.* A judgment against two defendants when they are not jointly liable is erroneous.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.